# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3973
_____

SUSAN STURZA,

    Appellant,

v.

MAINLINE INFORMATION
SYSTEMS, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

May 30, 2018

PER CURIAM.

    AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Shaina Thorpe of Thorpe & Thorpe, P.A., Tampa, for Appellant.

Phillip B. Russell and Rachel A. Morris of Ogletree Deakins Nash Smoak & Stewart, P.C., Tampa, for Appellee.